MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar 168181
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com

Attorneys for Defendants
ARAMARK SPORTS, LLC (erroneously sued as ARAMARK Sports and Entertainment), YING KEE McVICKER, and MATTHEW LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51,<br><br>Defendants. | Case C-08-00733 JL<br><br>**CERTIFICATE OF FILING AND SERVICE OF NOTICE TO PLAINTIFF AND SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT** |

I, Narda Gaskell, declare:

I am over the age of 18 years and not a party to the action within action. My business address is Morgan, Lewis & Bockius LLP, One Market Street, Spear Tower, San Francisco, California, 94105.

On January 31, 2008, my office caused the NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT to be filed in the Superior Court of California for the County of San Francisco and to be mailed to counsel of record for Plaintiff.

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7666784.1

A copy of the NOTICE TO PLAINTIFF AND SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT is attached herein as Exhibit A.

Executed on February 15, 2008, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

*Narda Gaskell*
Narda Gaskell

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7666784.1

2

CERTIFICATE OF FILING AND SERVICE OF NOTICE TO PLAINTIFF

# EXHIBIT A

```
 1  MORGAN, LEWIS & BOCKIUS LLP
    ERIC MECKLEY, State Bar No. 168181
 2  SUZANNE BOAG, State Bar No. 250441
    One Market, Spear Street Tower
 3  San Francisco, CA 94105-1126
    Tel: 415.442.1000
 4  Fax: 415.442.1001
 5  Attorneys for Defendants
    ARAMARK SPORTS, LLC (erroneously sued as
 6  ARAMARK Sports and Entertainment), YING KEE
    McVICKER, and MATTHEW LEE
 7
```

ENDORSED
FILED
San Francisco County Superior Court

JAN 31 2008

GORDON PARK-LI, Clerk
BY: [illegible] Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

## UNLIMITED JURISDICTION

| MARK ANTOINE FOSTER, | Case No. CGC-07-461178 |
|---|---|
| Plaintiff, | **NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT** |
| vs. | |
| ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51, | Action Filed: March 9, 2007<br>Trial Date: May 19, 2008 |
| Defendants. | |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that on January 31, 2008, Defendants ARAMARK Sports, LLC, Ying Kee McVicker, and Matthew Lee ("Defendants"), filed a Notice of Removal of the above-captioned action to the United States District Court for the Northern District of California, San Francisco Division, United States District Court Case No. _____.

A true and correct copy of the Notice of Removal of Action, along with all exhibits and attachments thereto, is attached to this notice as **Exhibit 1** and is filed and served herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Title 28 United States Code Section 1446, the filing of said Notice of Removal of Action in the United States District Court

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7659008.1                                                                      CGC-07-461178

NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT

1  for the Northern District of California, together with the filing and service of a copy of said
2  Notice herein, effects the removal of this cause of action, and the above-entitled Court may take
3  no further action with respect to this matter.

4  
5  Dated: January 31, 2008                                    MORGAN, LEWIS & BOCKIUS LLP

6                                                    By _____
7                                                        Suzanne Boag
                                                         Attorney for Defendants ARAMARK
8                                                        SPORTS, LLC (erroneously sued as
                                                         ARAMARK Sports and Entertainment),
9                                                        YING KEE McVICKER, and MATTHEW
                                                         LEE

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ERIC MECKLEY, State Bar No. 168181 |
| 2 | SUZANNE BOAG, State Bar No. 250441 |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | Attorneys for Defendants |
| | ARAMARK SPORTS, LLC (erroneously sued as |
| 6 | ARAMARK Sports and Entertainment), YING KEE |
| | McVICKER, and MATTHEW LEE |

ENDORSED
FILED
San Francisco County Superior Court

GORDON PARK-LI, Clerk
BY: [signature]

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
## UNLIMITED JURISDICTION

| | |
|---|---|
| MARK ANTOINE FOSTER, | Case No. CGC-07-461178 |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Action Filed: March 9, 2007 |
| ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51, | Trial Date: May 19, 2008 |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658366.1                         1                         Case No. CGC-07-461178
PROOF OF SERVICE

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On January 31, 2008, I served the within document(s):

**NOTICE TO PLAINTIFF AND TO THE SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Mark Foster, *In Pro Per*
200 Corpus Christi Road, #A
Alameda, CA  94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 31, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*/s/ Mary I. Gonzalez*
Mary I. Gonzalez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7658366.1    2    Case No. CGC-07-461178

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, State Bar No. 168181
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
ARAMARK SPORTS, LLC (erroneously sued as
ARAMARK Sports and Entertainment), YING KEE
McVICKER, and MATTHEW LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARAMARK SPORTS & ENTERTAINMENT, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51,<br><br>            Defendants. | Case No. C-08-00733 JL<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On February 15, 2008, I served the within document(s):

**CERTIFICATE OF FILING AND SERVICE OF NOTICE TO PLAINTIFF AND SUPERIOR COURT OF REMOVAL OF ACTION TO FEDERAL COURT**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7666880.1

Case C-08-00733 JL

CERTIFICATE OF SERVICE

| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
|---|---|
| ☒ | by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery. |
| ☐ | by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |
| ☐ | by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. |

Mark Foster, *In Pro Per*
200 Corpus Christi Road, #A
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 15, 2008, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*Narda Gaskell*
Narda Gaskell

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7666880.1

Case C-08-00733 JL

CERTIFICATE OF SERVICE