Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564

FILED
08 FEB 20 AM 9: 43
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MARK ANTOINE FOSTER,

Plaintiff,

vs.

ARAMARK SPORTS and Entertainment,
Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51
    Defendants
_____/

Case No. **C-08-0733JL**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 15, 2008            Mark Antoine Foster, In Pro Per

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE          C-08-0733JL