UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER                    Case Number: C-08-0733JL

    PLAINTIFF

v.

ARAMARK SPORTS, LL.C., YING

KEE MCVICKER, AN INDIVIDUAL,

MATTHEW LEE, AN INDIVIDUAL

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date February 19, 2008, I mailed from San Francisco, CA the following documents: 1) Notice of motion and motion to remand action, memo of pts & auth., Declaration of Mark Antoine Foster, and attached exhibits 1-25, and the proposed order to remand.
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid.
5. The envelope was addressed and mailed as follows: Sue Boag, Morgan and Lewis, One Market Street, Spear Street Tower, 94105
6. The name of the person served was Aramark Sports, L.L.L., Ying Kee McVicker, an individual, Matthew Lee, as an individual
7. The address of the persons served is 555 California Street, San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 19, 2008

Thom McMullen

*/s/ Thom McMullen*