1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11
                                          Case No.  C-08-0733MHP
12  MARK ANTOINE FOSTER,
                                          ORDER GRANTING SEVERANCE
13  Plaintiff,                             OF CLAIMS AND REMAND
                                          [28 U.S.C.S. 1447(c)]
14       vs.
                                          Date: April 4, 2008
15  ARAMARK SPORTS and Entertainment,     Time: 9:00 a.m.
    Ying Kee McVicker, an individual, Matthew
16  Lee, an individual, and DOES 1
    Through 51
17       Defendants

18  _____/

19       The motion of Plaintiff MARK ANTOINE FOSTER for an order severing the claim or

20  cause of action asserted by plaintiff against defendant ARAMARK SPORTS, L.L.C. from the

21  claim or cause of action asserted by plaintiff MARK ANTOINE FOSTER and remanding the

22  above titled action to the Superior Court of the State of California, City and County of San

23  Francisco, came on regular for hearing by the court on April 4, 2008. Plaintiff appeared in Pro

24  Per; defendant appeared by counsel MORGAN LEWIS AND BOKIUS.

25

ORDER GRANTING SEVERANCE OF CLAIMS                              C-08-0733JL

1     On proof to the satisfaction of the court that the motion ought be granted.

2     IT IS ORDERED that the motion be, and it hereby is, granted and that the claim or cause of action asserted by plaintiff MARK ANTOINE FOSTER against defendant; and that the claim or cause of action asserted by plaintiff MARK ANTOINE FOSTER be remanded to the Superior Court of the State of California, City and County of San Francisco; and that a certified copy of this order be mailed b y the clerk of this court to the clerk of the Superior Court of the State of California, City and County of San Francisco.

    IT IS FURTHER ORDERED that the claim or cause of action asserted by plaintiff MARK ANTOINE FOSTER be and hereby is stricken from the complaint in this action or plaintiff MARK ANTOINE FOSTER file an amended complaint in this action within ___ days after service of this order.

Dated: February 26, 2008     *Mark Antoine Foster*  
                                 Mark Antoine Foster, In Pro Per

_____

United States District Judge