**Mark Antoine Foster, In Pro Per**
**200 Corpus Cristie Road #A**
**Alameda, California 94502**
**(415) 756-1611**
**(619) 646-3564**

FILED

08 MAR -7 AM 11: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| **MARK ANTOINE FOSTER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ARAMARK SPORTS and Entertainment, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51**<br>**Defendants** | Case No.  **C-08-0733MHP**<br><br>**PLAINTIFF'S NOTICE OF RESCHEDULED HEARING ON MOTIONS BEFORE HONORABLE MARILYN H. PATEL/CASE REASSIGNMENT**<br><br>**Date:  April 14, 2008**<br>**Time: 2:00pm** |

TO DEFENDANTS ARAMARK SPORTS L.L.C., YING KEE McVICKER, AN INDIVIDUAL, MATTHEW LEE, AN INDIVIDUAL.

PLEASE take notice that PLAINTIFF MARK ANTOINE FOSTER has rescheduled his motions filed on February 20, 2008 and February 27, 2008 to be heard on April 14, 2008 at 2pm in the above titled court. The motions include (1) Plaintiff's Notice of Motion and Motion To Remand Action; Memo of pts and Authorities; Declaration of Mark Antoine Foster and exhibits

1  1-26 attached thereto and Proposed Order in support thereof, filed on February 20, 2008, and (2)

2  Plaintiff's Notice of Motion and Motion To Sever Claims and Remand; Memo of pts and

3  Authorities; Declaration of Mark Antoine; and exhibits 1-26 attached thereto and Proposed Order

4  in support thereof, filed on February 27, 2008.

5      The rescheduling is necessary due to the case being reassigned to the Honorable Marilyn

6  H. Patel for all further proceedings.

7      PLEASE TAKE NOTICE THAT ON APRIL 14, 2008 AT 2PM, or as soon thereafter as

8  the rescheduled matters will be heard in the above titled court located at 450 Golden Gate Ave.

9      Date: March 6, 2008          Mark Antoine Foster, In Pro Per

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER                    Case Number: C-08-0733MHP

PLAINTIFF

v.

ARAMARK SPORTS, LL.C., YING

KEE MCVICKER, AN INDIVIDUAL,

MATTHEW LEE, AN INDIVIDUAL

1.  I, the undersigned, am over 18 years of age and not a party to this action. I am a
    resident of or employed in the county where the mailing took place.
2.  My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3.  On date MARCH 6, 2008, I mailed from San Francisco, CA the following
    documents: 1) PLAINTIFF'S NOTICE OF RESCHEDULED HEARING ON
    MOTIONS BEFORE HONORABLE MARILYN H. PATEL/CASE
    REASSIGNMENT.
4.  I served the documents by enclosing them in an envelope and depositing the
    sealed envelope with the United States Postal Service with the postage fully paid.
5.  The envelope was addressed and mailed as follows: Sue Boag, Morgan and
    Lewis, One Market Street, Spear Street Tower, 94105
6.  The name of the person served was Aramark Sports, L.L.L., Ying Kee McVicker,
    an individual, Matthew Lee, as an individual
7.  The address of the persons served is 555 California Street, San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Date: March 6, 2008

Thom McMullen