SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA MOLANDER  Bar No. 83839
julia.molander@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
LISA G. ROWE  Bar No. 232601
lisa.rowe@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
SPECIALTY RISK SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SPORTS & ENTERTAINMENT, INC., YING KEE MCVICKER, AND MATTHEW LEE,<br><br>Defendants. | CASE NO. 3:08-cv-00733-MHP<br><br>**[PROPOSED] ORDER GRANTING SPECIALTY RISK SERVICES' ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>JUDGE:   HON. MARILYN HALL PATEL |

Upon consideration of the administrative motion and supporting papers of defendant Specialty Risk Services to relate cases, and good cause appearing therefore, said motion is hereby GRANTED. It is hereby ORDERED:

1. Case Nos. 3:08-cv-01336-EMC ("*Foster II*"), Case No. 3:08-cv-01337-EDL ("*Foster III*"); and Case No. 4:08-cv-01421-SBA ("*Foster IV*") are hereafter related to the above-captioned case, No. 3:08-cv-00733-MHP ("*Foster I*").

2. Case Nos. 3:08-cv-01336-EMC, 3:08-cv-01337-EDL, and 4:08-cv-01421-SBA are reassigned to the Honorable Marilyn Hall Patel.

_____
Honorable Marilyn Hall Patel