1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JULIA MOLANDER  Bar No. 83839
2  julia.molander@sdma.com
   DEAN J. MCELROY  Bar No. 213132
3  dean.mcelroy@sdma.com
   LISA G. ROWE  Bar No. 232601
4  lisa.rowe@sdma.com
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
7
   Attorneys for Defendant
8  SPECIALTY RISK SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SPORTS & ENTERTAINMENT, INC., YING KEE MCVICKER, AND MATTHEW LEE,<br><br>Defendants. | CASE NO. 3:08-cv-00733-MHP<br><br>**PROOF OF SERVICE RE SPECIALTY RISK SERVICES' ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>JUDGE:  HON. MARILYN HALL PATEL |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

PROOF OF SERVICE

SF/1493294v5

*Mark Antoine Foster v. Aramark Sports and Entertainment, Inc., et al.*
USDC – Northern District Court Case No. 3:08-cv-00733-MHP
(0571-000074)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On March 19, 2008, I served the within document(s):

**SPECIALTY RISK SERVICES' ADMINISTRATIVE MOTION TO RELATE CASES**

**DECLARATION OF LISA G. ROWE IN SUPPORT OF SPECIALTY RISK SERVICES' ADMINISTRATIVE MOTION TO RELATE CASES**

**[PROPOSED] ORDER GRANTING SPECIALTY RISK SERVICES' ADMINISTRATIVE MOTION TO RELATE CASES**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via OVERNITE EXPRESS.

See attached service list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 19, 2008, at San Francisco, California.

_____
Andrea Mackenzie

PROOF OF SERVICE

SF/1493294v5

*Mark Antoine Foster v. Aramark Sports and Entertainment, Inc., et al.*
USDC – Northern District Court Case No. 3:08-cv-00733-MHP
(0571-000074)

## SERVICE LIST

**VIA OVERNIGHT MAIL**

Hon. Phyllis J. Hamilton
United States District Court
Northern District of the State of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, California 94102

**VIA OVERNIGHT MAIL**

Magistrate Judge Elizabeth D. Laporte
United States District Court
Northern District of the State of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, California 94102

**VIA OVERNIGHT MAIL**

Hon. Saundra Brown Armstrong
United States District Court
Northern District of the State of California
Oakland Division
1301 Clay Street
Oakland, California 94612

**VIA U.S. MAIL**

| | |
|---|---|
| Mark Antoine Foster<br>200 Corpus Christi Road #A<br>Alameda, California 94501 | In Pro Se<br><br>Tel: (415) 756-1611 |

**VIA U.S. MAIL**

| | |
|---|---|
| Eric Meckley<br>Morgan, Lewis & Bockius LLP<br>Spear Street Tower, One Market Street<br>San Francisco, California 94105 | Attorneys for Defendants,<br>ARAMARK SPORTS & ENTERTAINMENT,<br>INC.; ARAMARK CORPORATION;<br>ARAMARK SPORTS LLC; MATTHEW<br>LEE; and YING KEE MCVICKER<br><br>Tel: (415) 442-1000 / Fax: (415) 442-1001 |

**VIA U.S. MAIL**

| | |
|---|---|
| Melinda S. Riechert<br>Morgan, Lewis & Bockius, LLP<br>2 Palo Alto Square<br>3000 El Camino Real<br>Suite 700<br>Palo Alto, California 94306 | Attorneys for Defendants,<br>ARAMARK CORPORATION; ARAMARK<br>SPORTS LLC; MORGAN LEWIS &<br>BOCKIUS, LLP; and ERIC MECKLEY<br><br>Tel: (650) 843-4000 / Fax: (650) 843-4001 |

SEDGWICK
DETERT, MORAN & ARNOLD LLP

PROOF OF SERVICE

SF/1493294v5