UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FOSTER, | No. C 08-00733 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
| v. | |
| ARAMARK SPORTS & ENTERTAINMENT, | |
| Defendant(s). | |

The parties are notified that the hearing of the motion(s) in this matter currently on calendar for April 14, 2008, is hereby RESCHEDULED to Monday, **April 28, 2008, at 2:00 p.m.**  Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: April 2, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK A. FOSTER,

        Plaintiff,

  v.

ARAMARK SPORTS & ENTERTAINMENT
et al,

        Defendant.
                                       /

Case Number: CV08-00733 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Antoine Foster
725 Ellis Street, #408
San Francisco, CA 94109

Dated: April 2, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk