Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SPORTS, and ENTERTAINMENT, and Ying Kee McVicker an individual and Matthew Lee, an individual, and does 1 through 51<br><br>Defendants | Case No. **C-08- 0733 MHP**<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DIMISS ADA CLAIM, AFTER ANSWER WITHOUT COUNTER CLAIM; MEMO OF PTS &AUTHORITIES; DECLARATION OF MARK AND FOSTER; PROPOSED ORDER IN SUPPORT THEREOF<br>[FED R. CIV PRO, 41(a)(2)]<br><br>Date: May 12, 2008<br>Time: 2:00 p.m. |

TO DEFENDANTS ARAMARK SPORTS AND ENTERTAINMENT, YING KEE MCVICKER, AN INDIVIDUAL AND MATTHEW LEE, AN INDIVIDUAL.

PLEASE TAKE NOTICE THAT ON May 12, 2008 at 2:00pm, or as soon thereafter as the matter may be heard in the above titled court, located at 450 Golden Gate Ave, San Francisco, California, Plaintiff MARK ANTOINE FOSTER will move this court for an order

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS ADA CLAIM
C- 08- 0733 MHP

1

1  dismissing his ADA claim. This motion is made on the ground that plaintiff has a statutory right
2  to dismiss his ADA claim and Plaintiff wants to pursue his claims solely in state court and seeks
3  remedy exclusively from the state for the alleged disability discrimination, as well as the
4  remaining state causes of action, and because the court has the authority to grant the dismissal.
5     Plaintiff moves the court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil
6  Procedure, for an order dismissing his ADA claim or action without prejudice and on such terms
7  and conditions as the court deems proper. Defendant filed an answer on March 12, 2008, but made
8  no counterclaim against Plaintiff and would not suffer substantial prejudice by the dismissal of
9  this action.

10  Date: April 2, 2008         Mark Antoine Foster, In Pro Per

25  PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS ADA CLAIM
    C- 08-00733 MHP