Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER, | Case No. **C-08-0733MHP** |
| Plaintiff, | ORDER GRANTING DISMISSAL OF ADA CLAIM<br>[FED R. CIV PRO. 41(a)(2)] |
| vs. | Date: May 12, 2008<br>Time: 2:00pm |
| ARAMARK SPORTS and Entertainment, Ying Kee McVicker, an individual, Matthew Lee, an individual, and DOES 1 Through 51<br>    Defendants | |

The motion of Plaintiff MARK ANTOINE FOSTER for an order dismissing his ADA claim or cause of action asserted by plaintiff against defendant Aramark Sports and Entertainment, in the above titled action, came on regular for hearing by court on May 12, 2008. Plaintiff appeared in Pro Per, defendant appeared by counsel Morgan Lewis and Bokius.

On proof to the satisfaction of the court that the motion ought be granted.

IT IS ORDERED that the motion be, and it hereby is, granted and that the ADA claim or

ORDER GRANTING DISMISSAL OF ADA CLAIM            C-08-0733MHP

1

1  cause of action asserted by plaintiff MARK ANTOINE FOSTER against defendants is hereby
2  dismissed.
3      Dated:
4
5      _____
6      United States District Judge

ORDER GRANTING DISMISAL OF ADA CLAIM                              C-08-0733MHP

2