1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  MARK ANTOINE FOSTER,                Case No. **C-08- 0733 MHP**

13              Plaintiff,              DECLARATION OF MARK
                                        ANTOINE FOSTER IN SUPPORT
14                                      THEREOF
        vs.
15                                      Date: MAY 12, 2008
    ARAMARK SPORTS and                  Time: 2:00 p.m.
16  ENTERTAINMENT, Ying Kee McVicker,
    An individual, Matthew Lee, an individual
17  And does 1 through 51

18              Defendants
    _____/
19

20      I MARK ANTOINE FOSTER declare that:

21      1.   I am the plaintiff in this action and have personal knowledge of each fact stated in

22           the complaint filed against Aramark Sports and Entertainment, and Ying Kee

23           McVicker, an individual, and Matthew Lee, an individual, a parties to this action.

24      I declare under penalty under the laws of the state of California that the foregoing is true

25  DECLARATION OF MARK ANTOINE FOSTER                                                        1

                                                                          C- 08- 0733 MHP

1 | and correct and that this declaration was executed this day on the 1ˢᵗ of April 2008, at San
2 | Francisco, California.

*Mark A. Foster*
Mark Antoine Foster, In Pro Per

25 | DECLARATION OF MARK ANTOINE FOSTER

2

C- 08-00733 MHP