UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**MARK ANTOINE FOSTER**           Case No: C-08-0733 MHP

    **PLAINTIFF**

v.

**ARAMARK SPORTS & ENTERTAINMENT, YING KEE MCVICKER, AN INDIVIDUAL, MATTHEW LEE, AN INDIVIDUAL**

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date February 27, 2008, I mailed from San Francisco, CA the following documents: 1) Plaintiff's Reply to Defendant's Opposition, 2) Plaintiff's Notice and Motion to Dismiss ADA Claim, Declaration of Mark Antoine Foster
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid.
5. The envelope was addressed and mailed as follows: Attn. Eric Meckley, Morgan Lewis & Bokius, One Market, Spear Street Tower, San Francisco, CA 94105
6. The name of the person served was Aramark Sports, L.L.L., Ying Kee McVicker, an individual, Matthew Lee, as an individual
7. The address of the persons served is 555 California Street, San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 2, 2008

**Thom McMullen**

*/s/ Thom McMullen*