1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, State Bar 168181
2  SUZANNE BOAG, State Bar 250441
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   emeckley@morganlewis.com
5
   Attorney for Defendants
6  ARAMARK SPORTS, LLC (erroneously sued as
   ARAMARK Sports and Entertainment), YING KEE
7  McVICKER, and MATTHEW LEE

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | MARK ANTOINE FOSTER,                    | Case No. C-08-00733 MHP
12 |               Plaintiff,                | **NOTICE OF NEED FOR ADR PHONE CONFERENCE**
13 |        vs.                              |
14 | ARAMARK SPORTS &                        |
   | ENTERTAINMENT, Ying Kee McVicker,       |
15 | an individual, Matthew Lee, an individual, |
   | and DOES 1 Through 51,                  |
16 |                                         |
   |               Defendants.               |
17

18       Counsel for Defendants have attempted to meet and confer with Plaintiff regarding ADR
19  but have been unable to reach Plaintiff.  As such, the parties have not yet reached an agreement to
20  an ADR process.
21       Date of Case Management Conference: May 19, 2008 at 4:00 p.m.
22       The following counsel will participate in an ADR phone conference on behalf of
23  Defendants:

24 | <u>Name</u> | <u>Party Representing</u> | <u>Phone No.</u> | <u>E-Mail Address</u> |
   |---|---|---|---|
25 | Eric Meckley | Defendants ARAMARK Sports, LLC; Ying Kee McVicker; and Matthew Lee | (415) 442-1000 | emeckley@morganlewis.com |
26
27
28

1-SF/7696602.1                                                Case No. C-08-00733 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the case management conference. The ADR Unit (ADR@cand.uscourts.gov) will notify you by e-mail indicating the date and time of your phone conference.*

Dated: April 28, 2008                                    MORGAN, LEWIS & BOCKIUS LLP


                                                         By _____/S/_____
                                                         Eric Meckley
                                                         Attorney for Defendants
                                                         ARAMARK SPORTS, LLC (erroneously
                                                         sued as ARAMARK Sports and
                                                         Entertainment), YING KEE McVICKER,
                                                         and MATTHEW LEE

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **April 28, 2008**, I served the within document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing true and correct copies of the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

> Mark Antoine Foster, *In Pro Per*
> 200 Corpus Cristi Road, #A
> Alameda, CA  94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on **April 28, 2008**, at San Francisco, California.

*/s/ Mary Gonzalez*
Mary Gonzlez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7675365.1

C-08-00733 MHP

PROOF OF SERVICE