**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                           415.522.2000

May 6, 2008

San Francisco County Superior Court
400 McAllister Street, Room 103
San Francisco, CA 94102

RE:  CV 08-00733 MHP    MARK A. FOSTER-v-ARAMARK SPORTS &
ENTERTAINMENT
          Your Case Number: **(CGC 07-461178)**

Dear Clerk,

          Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                    (✔)      Certified copies of docket entries

                    (✔)      Certified copies of Remand Order

                    ()       Other

          Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              by: Gina Agustine-Rivas
                              Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg